**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION**

RANDY HELTON,                                 :
                                              :
              Plaintiff,                      :
                                              :
       v.                                     :        CIVIL ACTION NO.: CV612-104
                                              :
FNU JOHNSON; RALPH KEMP;                      :
and MS. JACKSON,                              :
                                              :
              Defendants.                     :

# O R D E R

By Order dated November 28, 2012, this Court allowed the Plaintiff to proceed *in forma pauperis* with an action filed pursuant to the provisions of 42 U.S.C. § 1983. In a subsequent Order dated January 2, 2013, the Plaintiff was instructed to advise the Court as to which claims against which Defendant(s) he wished to pursue. Plaintiff was advised that his failure to respond properly to that Order would result in the dismissal of his complaint. The Plaintiff has failed to respond to the Court's January 2, 2013, Order. Accordingly, Plaintiff's complaint is **DISMISSED** without prejudice.

The Clerk of Court is authorized and directed to enter an appropriate Judgment of dismissal.

**SO ORDERED**, this _____ day of _____, 2013.


B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)